UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MYRON B. TANKSLEY, #1002421 § | | |
| Petitioner, § | | |
| § | | |
| v. § | | 3:15-CV-2301-B |
| § | | |
| WILLIAMS STEPHENS, Director § | | |
| TDCJ-CID, § | | |
| Respondent. § | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND DENYING CERTIFICATE OF APPEALABILITY

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

In the event, the petitioner will file a notice of appeal, the court notes that

( X )   the petitioner will proceed *in forma pauperis* on appeal.

(   )   the petitioner will need to pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis*.

SO ORDERED this 20th day of August, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE